UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Benjamin G., | Case No. 25-cv-3961 (DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Frank Bisignano, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Benjamin G. has applied for permission to proceed *in forma pauperis* ("IFP") in this matter. (*See* ECF No. 2.) For the reasons explained below, his IFP application is denied.

The central question when assessing an IFP application is whether the movant can afford the costs of proceeding without undue hardship or deprivation of the necessities of life." *Ayers v. Tex. Dep't of Crim. Justice*, 70 F.3d 1268, 1268 (5th Cir. 1995) (per curiam) (citing *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948)); *Wilkening v. U.S. Dep't of Educ.*, No. 23-cv-3143 (DWF/TNL), 2023 WL 8379124, at *1 (D. Minn. Nov. 1, 2023). Plaintiff's IFP application (ECF No. 2 at 1-2) shows his familial income exceeded $100,000 in the year preceding the filing of this action and that he anticipates earning a similar amount going forward. *See Fridman v. City of New York*, 195 F. Supp. 2d 534, 537 (S.D.N.Y. 2002) ("In assessing an application to proceed *in forma pauperis*, a court may consider the resources that the applicant has or 'can get' from those who ordinarily provide the applicant with the 'necessities of life,' such as 'from a spouse, parent, adult sibling or other next friend'" (quoting *Williams v. Spencer*, 455 F. Supp. 205, 208-09 (D. Md. 1978)). This income amounts to nearly 400 percent of the federal poverty guideline for a family of three living in Minnesota. Additionally, Benjamin G. represents

1

that he has sufficient cash on hand from which the filing fee for this matter could be paid. (*See* ECF No. 2 at 2.)

Based on Plaintiff's familial income and assets, the Court finds payment of the filing fee in this matter, though not a negligible expense, would not amount to an undue hardship. The IFP application is denied on that basis. Benjamin G. must pay the $405.00 filing fee for this action by **November 6, 2025**, failing which this matter may be dismissed without prejudice for failure to prosecute it. *See* Fed. R. Civ. P. 41(b).

## ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff Benjamin G.'s application to proceed *in forma pauperis* (ECF No. 2) is **DENIED**.

2. Benjamin G. must pay the $405.00 filing fee for this matter by **November 6, 2025**, failing which this matter may be dismissed for failure to prosecute it.

Dated: October 16, 2025        *s/ Dulce J. Foster*
                               Dulce J. Foster
                               United States Magistrate Judge